**CUDDY LAW FIRM, MEMO ENDORSED**
SPECIAL EDUCATION AND SPECIAL NEEDS PLANNING ATTORNEYS

ANDREW CUDDY
ATTORNEY

[..]IN KOPP
ATTORNEY

[..]YLAWFIRM.COM
[..]315-207-5584

May 28, 2024

Hon. Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> Granted. The conference is adjourned until July 3, 2024 at 11:00 a.m.  SO ORDERED.
>
> [signature]
> Edgardo Ramos, U.S.D.J.
> Dated: 05/28/2024
> New York, New York

Re:   T.R., individually and on behalf of L.R. v. New York City Dept. of Educ.,
      Index No. 22-cv-06373-ER

Dear Hon. Ramos:

I am the attorney assigned at Cuddy Law Firm, P.L.L.C., to represent Plaintiff in the above action, wherein implementation of an IHO's final decision and attorney's fees, costs, and expenses are sought for legal work on an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400, et seq., as well as for this action. Plaintiff respectfully requests, on consent, for a 30-day adjournment of the phone conference currently scheduled for May 30, 2024 at 2:30 p.m., to June 29, 2024 or a time thereafter convenient for the Court. This would be the eighth adjournment of the phone conference.[1]

As the Court is aware, the parties have been seeking to reconcile provider invoices and payments made on behalf of the Student, L.R., so that the action may then be trimmed to one of only fees, costs, and expenses, which in turn, will hopefully settle thereafter. Since the parties' most recent adjournment request (April 12, 2024), the parties and the third-party provider have continued to collaborate and share information, with the most recent exchange going to DOE last week, on May 21, 2024.

The requested adjournment will permit the parties to continue working toward trimming the issues in this action and, in turn, settlement of all remaining issues. Thank you for your consideration of this matter.

Respectfully,

s/Benjamin M. Kopp
Benjamin M. Kopp, Esq.

---

[1] The first request was made on June 1, 2023 and granted by Your Honor the following day.  The second request was made on August 1, 2023 and granted by Your Honor on August 3, 2023.  The third request was made on October 6, 2023 and granted by Your Honor that day.  The fourth request was made on November 28, 2023 and granted by Your Honor on November 30, 2023.  The fifth request was made on February 9, 2024 and granted by Your Honor that day.  The sixth request was made on March 11, 2024 and granted by Your Honor on March 13, 2024. The seventh request was made on April 12, 2024 and granted by Your Honor on April 15, 2024.