

**MEMO ENDORSED**
at page 2

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Acting Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **THOMAS LINDEMAN**<br>Tel.: (212) 356-0418<br>tlindema@law.nyc.gov |

December 3, 2024

**VIA ECF**
Hon. Edgardo Ramos
Thurgood Marshall United States Courthouse
500 Pearl Street
New York, NY 10007

      Re: *T.R. et al. v. N.Y.C. Dep't of Educ. et al,* 22-cv-6373(ER)(GS)

Dear Judge Ramos:

    I am Senior Counsel in the office of Acting Corporation Counsel Muriel Goode-Trufant, attorney for Defendants in the above-referenced action.

    I write to respectfully request that the December 4, 2024 initial conference be adjourned to January 6, 2024 or a time thereafter more convenient to the Court. This is the thirteenth request to adjourn the conference. The first request was made on June 1, 2023 and granted by Your Honor the following day. The second request was made on Aug. 1, 2023 and granted by Your Honor on August 3, 2023. The third request was made on Oct. 6, 2023 and granted by Your Honor that day. The fourth request was made on Nov. 28, 2023 and granted by Your Honor on Nov. 30, 2023. The fifth request was made on Feb. 9, 2024 and granted by Your Honor that day. The sixth request was made on March 11, 2024 and granted by Your Honor on March 13, 2024. The seventh request was made on May 28, 2024 and granted by Your Honor that same day. The eighth request was made on June 27, 2024 and granted by Your Honor the following day. The ninth request was made on July 31, 2024 and granted by Your Honor the following day. The tenth request was made on Sept. 4, 2024 and granted by Your Honor the following day. The eleventh request was made on September 30, 2024 and granted by Your Honor the following day. The last request was made on October 28, 2024 and granted by Your Honor the following day.

    The attorney in this office currently assigned to this matter is on a leave of absence, and the undersigned has another appearance scheduled for the same time. The parties remain hopeful that this matter can be settled without further burdening the Court.

Thus, Defendant respectfully requests that the December 4, 2024 Conference be adjourned to January 6, 2024.

Thank you for considering this submission.

                                                Respectfully submitted,

                                                /s/

                                                Thomas Lindeman
                                                Senior Counsel

cc: Benjamin Kopp, Esq. (via ECF)

---

The telephonic initial Conference is adjourned to January 10, 2025, at 11:00 AM. The parties are directed to dial 855-244-8681 and enter 2301 087 7354# when prompted.

SO ORDERED.

                                                *[signature]*

Edgardo Ramos, U.S.D.J.
Dated: December 3, 2024
New York, New York